UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Monique Scott,

           Case No._____

    Plaintiff,

v.            **NOTICE OF REMOVAL**

Sedgwick Claims Management Services, Inc.,

    Defendant.

_____

TO: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Sedgwick Claims Management Services, Inc. ("Sedgwick") hereby gives notice of removal of the above-captioned matter currently pending in the Hennepin County District Court, State of Minnesota, to the United States District Court for the District of Minnesota. In support of its Notice of Removal, Sedgwick states as follows:

1. On or about November 17, 2016, Plaintiff Monique Scott ("Plaintiff") commenced a civil action against Sedgwick in the Hennepin County District Court in the State of Minnesota by. On or about December 13, 2016, a copy of the Summons and Complaint was received in Sedgwick's Eden Prairie, Minnesota office via U.S. mail. Sedgwick denies that Plaintiff has effectuated proper service. A true and correct copy of Plaintiff's Summons and Complaint filed in state court is attached hereto as **<u>Exhibit A</u>**.

2. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 in that this action arises under the laws of the United States. The Complaint

purports to assert a claim pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*.  **Exhibit A at p. 8**.  *See also* **Exhibit B** (Notice of Charge).

3.      Venue is proper in this Court.

4.      Plaintiff has not effectuated proper service on Sedgwick.  Accordingly, fewer than thirty (30) days have elapsed since Plaintiff first served Sedgwick with the Complaint, and Sedgwick is removing this action in a timely manner.  *See* 28 U.S.C. § 1446(b).

5.      Simultaneous with the filing of this Notice of Removal, Sedgwick has notified the Hennepin County District Court of the removal of this action.  **Exhibit C**.

6.      While Sedgwick denies that Plaintiff has effectuated proper service on it, attached are a copy of all process, pleadings, and orders filed in this action in the Hennepin County District Court.  **Exhibit A**.

7.      True and correct copies of the Notice of Removal (with accompanying exhibits) and the Notice of Filing of Notice of Removal directed to the Hennepin County District Court will be served upon Plaintiff and filed with the Court Administrator of the Hennepin County District Court on this date in accordance with the provisions of 28 U.S.C. § 1446(d).

WHEREFORE, Sedgwick respectfully requests that this action, now pending in Hennepin County District Court, State of Minnesota, be removed to the United States District Court for the District of Minnesota.

Dated: January 3, 2017                    Respectfully submitted,

[LEAD COUNSEL]                            */s/ Lauren A. Wong*
                                          John M. Russell (TN Bar 017546)*
                                          Lauren A. Wong (TN Bar 028118)*
                                          RUSSELL & OLIVER, PLC
                                          5178 Wheelis Drive
                                          Memphis, Tennessee  38117
                                          Telephone:  (901) 844-4441
                                          Facsimile: (901) 844-4435
                                          johnr@russelloliverlaw.com
                                          laurenw@russelloliverlaw.com


[LOCAL COUNSEL]                           */s/ Eric G. Nasstrom*
                                          Eric G. Nasstrom (#278257)
                                          Morrison Sund, PLLC
                                          5125 County Road 101, Suite 202
                                          Minnetonka, MN  55345
                                          Telephone:  (952) 277-0115
                                          Facsimile:    (952) 975-0058
                                          enasstrom@morrisonsund.com

                                          **Attorneys for Defendants Sedgwick Claims
                                          Management Services, Inc.**

                                          *\* Applications for Pro Hac Vice to be filed*

3